## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 1:17MJ4053 |
| | ) | |
| DAPHNA J. GOREN, | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| Petitioner. | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |

This matter comes before the Court on Petitioner Daphna J. Goren's *ex parte* motion for appointment of counsel. Upon review of Ms. Goren's financial affidavit filed in support of her motion, the Court concludes that Petitioner has failed to demonstrate that her available assets and income are insufficient to permit her to secure counsel on her own.

Petitioner's *ex parte* motion for appointment of counsel is accordingly denied.

IT IS SO ORDERED.

Date: April 10, 2017    *s/ Jonathan D. Greenberg*
JONATHAN D. GREENBERG
U.S. MAGISTRATE JUDGE